UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 2:22-cv-01249-SSS-PDx | Date | July 28, 2022 |
|---|---|---|---|
| Title | *Elizabeth Lopez v. United States of America* | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE AS TO WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THIS COURT'S REASSIGNMENT ORDER**

On June 25, 2022, the Court entered its Reassignment Order (the "Order") [Dkt. 22], that 1) informed the parties of the case reassignment; 2) provided this Court's location; 3) provided the parties vital information on previously scheduled deadlines and dates and how this Court would be addressing those deadlines and dates; 4) directed each party to review and become familiar with any all applicable standing orders; and 5) ordered the parties to file a joint case management statement within fifteen days from the date of the Order. As of today's date, the parties have failed to file the Court-ordered case management statement.

Accordingly, the Court **ORDERS** counsel for Plaintiff—Sultana Kelantan—and counsel for Defendant—Christina Alejandra Marquez; Wei Tai; and Daniel A. Beck—to show cause why they should not each be sanctioned in the amount of $250 for their failure to comply with the Court's Reassignment Order.

Counsel is required to respond in writing on or before **August 11, 2022**, at 12:00 noon. Counsel's failure to respond, or counsel's filing of an unsatisfactory response, may result in the imposition of sanctions against counsel.

**IT IS SO ORDERED.**